## LEMEE, Syndic v. BOSLEY.

*An appellant who desires to have his case examined on the merits, must bring up a sufficient statement of the evidence on which it was tried. If he fail to do so, he cannot take advantage of his own omission.*

APPEAL from the District Court of Natchitoches, *Taylor*, J.  *P. A. Morse*, for the plaintiff.  *M. C. Dunn*, for the appellant.  The judgment of the court was pronounced by

SLIDELL, J.  *Bosley* has appealed from a judgment rendered against him upon confirmation of a default. The suit was upon notes purporting to be signed by *Bosley*. The note of the evidence, upon which the cause was tried *ex parte*, contains the following statement :  " *Greneaux* sworn, proves the signature of *Bosley*." The defendant now argues that this is a deduction of the judge, and that this court is not informed what the witness said ; that therefore there is no proof of the signature, and that the judgment must be reversed. An appellant who desires to have his cause examined on the merits, must bring up a statement of the evidence on which the cause was tried. If he fail to do so, the examination cannot be made. It is the appellant's own fault that he did not bring up a sufficient statement of the evidence, and he cannot take advantage of his own omission.

The plaintiff acknowledges that there was a mistake made in the amount for which the judgment was rendered, and assents to its correction. We will amend the judgment accordingly.

It is therefore decreed that the judgment of the court below be reversed, and that there be judgment in favor of the plaintiff for the sum of $1,326 36, with interest at the rate of eight per centum per annum from 14 June, 1846, until paid, with costs of the suit in the court below ; those of this appeal to be paid by the plaintiff.